UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | | |
|---|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | : | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | | |
|---|---|---|
| VIVIANA COLORADO (AND LESLIE CARVAJAL), | : | 08-CV-02239-AKH |
| Plaintiffs, | : | **APPEARANCE** |
| - against - | : | **ELECTRONICALLY FILED** |
| 100 CHURCH, LLC, *et al.*, | : | |
| Defendants. | : | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York               DICKSTEIN SHAPIRO LLP
        June 26, 2008

                            By:     /s/ Judith R. Cohen
                            _____
                            Judith R. Cohen (JC-8614)
                            1177 Avenue of the Americas
                            New York, New York 10036
                            Phone: (212) 277-6500
                            Fax: (212) 277-6501

                            *Attorney for Defendant*
                            MERRILL LYNCH & CO., INC.